RECEIVED IN ALEXANDRIA, LA.
JUL 0 6 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ERIC PETRY | CIVIL ACTION NO. 09-1960 |
| VS. | SECTION P |
| | JUDGE DRELL |
| SHERIFF MICHAEL COUVILLON, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ____ day of July, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE